UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIO WILSON,<br><br>               Plaintiff,<br><br>  v.<br><br>GARY WAKEMAN,<br><br>               Defendant. | CASE NO. 3:23-cv-05931-JHC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation (R&R) of Magistrate Judge Grady J. Leupold, Dkt. # 30, and the remaining record, does hereby find and **ORDER**:

(1) Plaintiff did not file an objection to the R&R. The Court agrees with the R&R and **ADOPTS** it.

(2) Plaintiff's Motion for a Preliminary Injunction (Dkt. 23) is **DENIED without prejudice**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. Grady J. Leupold.

**DATED** this 31st day of December, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge