UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIO WILSON,

               Plaintiff,

   v.

GARY WAKEMAN,

               Defendant.

CASE NO. 3:23-cv-05931-JHC-GJL

ORDER RENOTING MOTIONS

This matter is before the Court on referral from the District Court. *See* Dkt. 6. Currently pending before the Court are Plaintiff's Motion for Summary Judgment (Dkt. 25) and Defendant's Motion for Summary Judgment (Dkt. 26). Having reviewed the Motions, the Court has determined that, for the sake of judicial efficiency, these matters should be ruled on at the same time. Therefore, the Court directs the Clerk of Court to **RENOTE** the pending Motions for Summary Judgment (Dkts. 25, 26) for consideration on January 21, 2025.

Dated this 6th day of January, 2025.

Grady J. Leupold
United States Magistrate Judge