UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIO WILSON,

             Plaintiff,

v.

GARY WAKEMAN,

             Defendant.

CASE NO. 3:23-cv-05931-JHC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation (R&R) of Magistrate Judge Grady J. Leupold, Dkt. # 41, any objections to the R&R, responses, and the remaining record, does hereby find and ORDER:

(1) Plaintiff did not object to the R&R.  The Court has reviewed the R&R de novo.  The Court ADOPTS the R&R except as to Parts IV.C and IV.D.  The Court need not reach the issues of qualified immunity or whether Plaintiff has a cause of action for damages because Plaintiff's claims fail on the merits.

(2) Defendant's Motion for Summary Judgment (Dkt. 26) is GRANTED, and Plaintiff's Motion for Summary Judgment (Dkt. 25) is DENIED.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. Grady J. Leupold.

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**DATED** this 19th day of March, 2025.

_____
JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2